# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Bobroeskie | ) | |
| | ) | Case No. 25-cv-1906 |
| v. | ) | |
| | ) | Judge: Hon. Mary M. Rowland |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**Status Report**

Plaintiff files this status report in response to the Court's May 27, 2025 Minute Order [Docket #30].

The Court's deadline for response to the Plaintiff's Motion for Preliminary Injunction [Docket #24] was June 13, 2025 and no Defendants have responded, or indicated to the Plaintiff or Plaintiff's Counsel that they intend to respond. To date, the Plaintiff has settled with 32 of the 49 Defendants in the case, and Defendant's answers to the Complaint were due on June 2, 2025. To date, no Defendants have answered the complaint, or indicated to the Plaintiff or Plaintiff's Counsel that they intend to answer. Plaintiff intends to motion for Default Judgment by the end of June.

Dated: June 20, 2025                    Respectfully submitted,


By:    s/David Gulbransen/
       David Gulbransen
       Attorney of Record

       David Gulbransen (#6296646)
       Law Office of David Gulbransen
       805 Lake Street, Suite 172
       Oak Park, IL 60302
       (312) 361-0825 p.
       david@gulbransenlaw.com