**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Bobroeskie | ) | |
| | ) | Case No. 25-cv-1906 |
| v. | ) | |
| | ) | Judge: Hon. Mary M. Rowland |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. Gabriel A. Fuentes |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGEMENT**

Plaintiff Martha Bobroeski seeks entry of Default and Default Judgment against all

Defendants excepting Does already dismissed. A Memorandum of Law in Support is filed

concurrently with this Motion.

Dated: July 25, 2025                                  Respectfully submitted,


By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the July 25, 2025, the **Plaintiff's Motion for Entry of Default and Default Judgment** was filed with the CM/ECF system. The Defendants will also be provided notice on July 25, 2025 via e-mail to the e-mail to the address supplied by the Defendants to their respective webstore hosts and via their webstores per the terms of the TRO.

By:   s/David Gulbransen/
     David Gulbransen
     Attorney of Record

     David Gulbransen (#6296646)
     Law Office of David Gulbransen
     805 Lake Street, Suite 172
     Oak Park, IL 60302
     (312) 361-0825 p.
     (312) 873-4377 f.
     david@gulbransenlaw.com